PROB 22
(Rev. 9/13)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Transferring Court) |  |
|---|---|---|
|  | 3:12CR00001-1 |  |
|  | DOCKET NUMBER (Receiving Court) |  |
|  | 3:14-00048-01 |  |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Jennifer Bomberry<br><br>Grandview, Indiana 47615 | DISTRICT<br><br>SD/IN | DIVISION<br><br>Indianapolis |
|  | NAME OF SENTENCING JUDGE<br>The Honorable Richard L. Young<br>Chief U.S. District Court Judge | |
|  | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>12/20/2011 | TO<br>12/20/2014 |

OFFENSE

Ct. 1: Embezzlement by a Postal Employee
Ct. 2: False Entry on Daily Financial Documents by Postal Employee

## PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District District of Tennessee  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/27/2014
Date

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.*

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the  Middle District  District of  Tennessee 

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-31-14
Date

United States District Judge